Kimberly D Crosson
vs                          Docket   5:19-cv-202
FACT TV 8 - Alex

### Complaint
### Jury Request

Kimberly D Crosson 338 Old Silo Rd, Barnet, Vt 05821

FACT TV 8 1 Hospital Drive Bellows Falls, Vt.

Both parties reside in Vermont, violations cited are violation of rights - federal suit

FACT TV8 continues to be bias/violation of amended (1) - please see attached statement

Please see attached statement.

Kimberly D Crosson
Kimberly D Crosson
338 Old Silo Rd
Barnet, Vt 05821
(931) 675-1653

**[EXT]:F**

Kimberly Howes [kdhowes420@gmail.com]
Sent: Monday, November 04, 2019 8:40 AM
To:   Print & Marketing Services 166

Nov 4,2019
FACTTV8

Plaintiff brings forth lawsuit against FACTTV8 for the violation of amended rights 1) freedom of speech and freedom to press.

October 30, 2019 plaintiff reached out to FACTTV8 in regards to recording updates on from their entity. FACTTV corresponded with plaintiff via Facebook social nitemare and instant messenger. FACTTV acknowledged plaintiffs request to air a preview to show before plaintiff was to air live on Friday Nov 1,2019. FACTTV did not create or air a preview.

Previous to this , plaintiff has requested use of equipment as they advertise and been not only refused but obviously ignored. Several attempts to book with FACTTV has been ignored.

Plaintiff sees this ongoing behavior as blocking her from freely expressing her speech and being prejudice and biased by media libel. FACTTV has given reason for plaintiff to fear this and to believe it is violating her constitutional rights.

Plaintiff brings forward lawsuit against FACTTV8 Bellows Falls in the sum of 3.8 Million American CASH Dollars plus 23.4% interest 7 days per week until settled. plaintiff will seek all reimbursment and compensation for all hardship to include violated rights, distress, defamation and more.