U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUN 24 PM 12:09

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| KIMBERLY D. CROSSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRATTLEBORO REFORMER, SUSAN SMALLHEER | ) | Case No. 5:19-cv-200 |
| | ) | |
| v. | ) | |
| | ) | |
| VERMONT JUDICIARY AND STAFF | ) | Case No. 5:19-cv-201 |
| | ) | |
| v. | ) | |
| | ) | |
| FACT TV8 | ) | Case No. 5:19-cv-202 |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF BARNET, LISA BOWDEN | ) | Case No. 5:19-cv-203 |
| | ) | |
| v. | ) | |
| | ) | |
| BELLOWS FALLS, TOWN OF ROCKINGHAM, WENDY HARRISON, DAVID BEMIS, | ) | Case No. 5:19-cv-225 |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In November 2019, Plaintiff Kimberly D. Crosson, representing herself, submitted ten proposed Complaints. She sought to proceed *in forma pauperis* ("IFP"), or without prepayment of fees, under 28 U.S.C. § 1915. By Order dated May 18, 2020, because Plaintiff's applications made the showing required under 28 U.S.C. § 1915(a), her requests to proceed IFP were granted. All of the proposed Complaints were dismissed under 28 U.S.C. § 1915(e)(2)(B). In five of the actions, Plaintiff was provided an opportunity to amend her pleadings on or before June 15,

2020. The court warned her that failure to file an Amended Complaint would result in dismissal of the cases. To date, no further filings have been received. Accordingly, these cases are DISMISSED WITHOUT PREJUDICE; the Clerk of Court is directed to close the case files.

    SO ORDERED.

    Dated at Rutland, in the District of Vermont, this 24th day of June, 2020.

                                              Geoffrey W. Crawford, Chief Judge
                                              United States District Court